

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| ZACHARY CARTER, | § | No. 08-22-00151-CR |
| Appellant, | § | Appeal from the |
| v. | § | Criminal District Court No. 1 |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20210D01533) |
| | § | |

**O R D E R**

The Court GRANTS Angie Morales' request for an extension of time within which to file the Reporter's Record until **November 14, 2022.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Angie Morales, Court Reporter for Criminal District Court No. 1 for El Paso County, Texas, prepare the Reporter's Record and forward the same to this Court on or before November 14, 2022.

IT IS SO ORDERED this 17th day of October, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.